**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
DANVILLE DIVISION

| | |
|---|---|
| GLAS TRUST COMPANY LLC, *in its capacity as Note Trustee*,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BANK & TRUST,<br><br>Defendant. | Civil Action No. 4:24-cv-00005 |

**DEFENDANT CARTER BANK & TRUST'S MOTION TO DISMISS
PURSUANT TO RULE 12(B)(1) AND RULE 12(B)(6)**

Defendant Carter Bank & Trust ("Carter Bank"), by counsel, and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss Plaintiff's Complaint. The reasons supporting this Motion are set forth in the accompanying Memorandum in Support and exhibits.

Dated: March 29, 2024

Respectfully Submitted,

CARTER BANK & TRUST

/s/ *Robert A. Angle*
Robert A. Angle, VSB No. 37691
Megan E. Burns, VSB No. 35883
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1246
Email: robert.angle@troutman.com
Email: megan.burns@troutman.com
*Counsel for Defendant Carter Bank & Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 29th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of the foregoing to all registered parties.

/s/ *Robert A. Angle*
Robert A. Angle, VSB No. 37691
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point, 15th Floor
Richmond, VA 23219
Telephone: (804) 697-1246
Email: robert.angle@troutman.com
Email: megan.burns@troutman.com
*Counsel for Defendant Carter Bank & Trust*

170140156