UNITED STATES DISTRICT COURT
Western District of Virginia
OFFICE OF THE CLERK
Laura A. Austin, Clerk

April 22, 2024

Re:  GLAS Trust Company LLC v. Carter Bank & Trust; 4:24CV00005

Dear Counsel:

This case has been assigned to Chief United States District Judge Michael F. Urbanski.

I am contacting you for the purpose of setting up a scheduling conference with Judge Urbanski by Zoom, pursuant to Rule 16(b)(1)(B) of the Federal Rules of Civil Procedure.  At this scheduling conference, please be prepared to discuss a discovery plan and select a trial date.  A pretrial scheduling order will be entered following this conference.

Currently, Judge Urbanski has the following dates and times available to hold this conference/hearing:

| | |
|---|---|
| June 13 | 9am, 9:30am, 10am, 10:30am, 11am, 11:30am |
| June 14 | 2pm, 2:30pm |
| July 15 | 9am, 9:30am, 10am, 10:30am, 11am, 11:30am |
| July 18 | same |
| July 19 | 2pm, 2:30pm |

**Please confer and have one party contact me at kristina@vawd.uscourts.gov, with your selection**.  I will send your Zoom invitation for the hearing once I get your date and time.

Thank you,

s/ Kristin Ayersman

Courtroom Deputy
(kristina@vawd.uscourts.gov or (540) 857-5153)

cc: All Counsel
    Electronic File