**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
Danville Division

| | |
|---|---|
| GLAS TRUST COMPANY LLC, *in its capacity as Note Trustee*,<br><br>Plaintiff,<br><br>v.<br><br>CARTER BANK & TRUST,<br><br>Defendant. | Civil Action No. 4:24-cv-00005 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(ii), the parties stipulate and agree that this action shall be dismissed in its entirety with prejudice.  It is further stipulated that, as between Plaintiff and the Defendant, respectively, each party shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED AND
AGREED ON August 28, 2024.

                        Respectfully submitted,

                        */s/ D. Cameron Beck, Jr.*
                        **McCANDLISH HOLTON, PC**
                        D. Cameron Beck, Jr. (VSB No. 39195)
                        Gibson S. Wright (VSB No. 84632)
                        1111 East Main Street, Suite 2100
                        Richmond, VA 23219
                        Telephone:  (804) 344-6322
                        Facsimile:  (804) 775-3800
                        cbeck@lawmh.com
                        gwright@lawmh.com

                        **CRAVATH, SWAINE & MOORE LLP**
                        Paul H. Zumbro (*pro hac vice*)
                        George E. Zobitz (*pro hac vice*)
                        Omid H. Nasab (*pro hac vice*)
                        Two Manhattan West
                        375 Ninth Avenue
                        New York, NY 10001
                        Telephone:  (212) 474-1000
                        Facsimile:  (212) 474-3700
                        pzumbro@cravath.com
                        jzobitz@cravath.com
                        onasab@cravath.com

                        *Counsel for Plaintiff GLAS Trust Company LLC, in its capacity as Note Trustee*

                        */s/ Robert A. Angle*
                        Robert A. Angle (VSB No. 37691)
                        Megan E. Burns (VSB No. 35883)
                        **TROUTMAN PEPPER HAMILTON SANDERS LLP**
                        1001 Haxall Point, 15th Floor
                        Richmond, VA 23219
                        Telephone: (804) 697-1246
                        Email: robert.angle@troutman.com
                        Email: megan.burns@troutman.com

                        *Counsel for Defendant Carter Bank & Trust*